NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

      vs.                        Criminal Number  23-MJ-00141-GMH

# DAVID TYNER
### (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☑ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nancy Kardon 156545
*(Attorney & Bar ID Number)*

Law Office of Nancy Kardon
*(Firm Name)*

21515 Hawthorne Blvd STE 730
*(Street Address)*

Torrance, CA 90503
*(City)*    *(State)*    *(Zip)*

(310) 902-7837
*(Telephone Number)*